# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-559-608**
**Effective Date of Registration:**
May 15, 2018

## Copyright Registration for a Group of Contributions to Periodicals

### Title

**Title of Work:** Checking Out the Jewish Scene in Phuket, Thailand and other contributions

### Contributions in this Group

- **Title of Contribution:** Checking Out the Jewish Scene in Phuket, Thailand
  **Title of Periodical:** aish.com
  **Year of Completion:** 2018
  **First Publication:** February 17, 2018, United States

- **Title of Contribution:** 24 Hours in Shangai
  **Title of Periodical:** aish.com
  **Year of Completion:** 2018
  **First Publication:** April 01, 2018, United States

- **Title of Contribution:** Cruising the Mekong River in Cambodia and Vietnam, noshing on tarantulas
  **Title of Periodical:** The Arizona Republic
  **Year of Completion:** 2018
  **First Publication:** February 16, 2018, United States

- **Title of Contribution:** Pickleball at sea? These cruise ships have courts
  **Title of Periodical:** The Arizona Republic
  **Year of Completion:** 2018
  **First Publication:** March 30, 2018, United States

### Author

- **Author:** Daniel H. Fellner
  **Author Created:** text
  **Domiciled in:** United States

### Copyright Claimant

Page 1 of 2

| | |
|---|---|
| **Copyright Claimant:** | Daniel H. Fellner<br>3059 E. Hazeltine Way, Chandler, AZ, 85249, United States |

## Certification

| | |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | May 15, 2018 |

---

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of contributions to periodicals may be registered in the same administrative class under 202.4(g) if the following requirements have been met: (1) All the contributions must be created by the same individual; (2) the copyright claimant for all the contributions must be the same person or organization; (3) the contributions must not be works made for hire; (4) each work must be first published as a contribution to a periodical, and all of the contributions must be first published within a twelve-month period; and (5) if any of the contributions were first published before March 1, 1989, those works must bear a separate copyright notice and the name that appears in each notice must be the same. |

**Registration #:** TX0008559608
**Service Request #:** 1-6582873681

Richard Liebowitz
11 Sunrise Plaza Suite 305
Valley Stream, NY 11580 United States

