UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL FELLNER<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JEWISH VOICE INC.<br><br>　　　　　　Defendant. | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)<br><br>Civil Action No. 18-cv-05965_NGG-CLP |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Daniel Fellner, and counsel for the Defendant, Jewish Voice Inc., that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

/s/Richard Liebowitz
_____
Richard Liebowitz

Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
jf@liebowitzlawfirm.com

Dated: August 19, 2019

*Attorneys for Plaintiff*
*Daniel Fellner*

_____
Stephen A. Soffen

Blank Rome LLP
1825 Eye St. NW
Washington D.C 20006
Tel: (202) 420-4879
Ssoffen@blankrome.com

Dated: August 19, 2019

*Attorneys for Defendant Jewish Voice Inc.*